THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California Bar Number:  119926
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-8561
   Facsimile: (213) 894-7819
   Email: jon.klinck@usdoj.gov

Attorneys for Defendants

ENTERED JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LYDIA J. DELGADO,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL B. MUKASEY, Attorney General and MICHAEL CHERTOFF, Secretary of Homeland Security,<br><br>    Defendants. | No. EDCV 07-01311 SGL (OPx)<br><br>**JUDGMENT**<br><br>The Honorable Stephen G. Larson |

    This action came on for hearing on July 14, 2008, the Honorable Stephen G. Larson, Judge presiding, on the cross-motions for summary judgment filed by plaintiff Lydia J. Delgado ("Plaintiff") and defendants Michael B. Mukasey, Attorney General and Michael Chertoff, Secretary of Homeland Security ("Defendants") . The Court  having reviewed the moving and opposing papers,

///

///

///

1  IT IS ORDERED AND ADJUDGED that Plaintiff takes nothing and that
2  judgment be entered in favor of Defendants.

4  DATED: July 20, 2008

*S.G. Larson*
_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


      /s/
_____
JONATHAN B. KLINCK
Assistant United States Attorney

Attorneys for Defendants